DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DORIS CASTRO** and **TEODORO CASTRO,**
Appellants,

v.

**ANDREA EHLERT, PETER EHLERT** and **HOMEOWNERS CHOICE PROPERTY & CASUALTY INSURANCE COMPANY,**
Appellees.

No. 4D19-461

[June 11, 2020]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Janet Carney Croom, Judge; L.T. Case No. 562016CA001024 (RL).

Lissette Gonzalez and Scott A. Cole of Cole Scott & Kissane, P.A., Miami, for appellants.

Nichole J. Segal and Andrew A. Harris of Burlington & Rockenbach, P.A., West Palm Beach, and Mark Hanson of Gordon & Partners, P.A., Palm Beach Gardens, for appellee Andrea Ehlert.

PER CURIAM.

*Affirmed.*

GROSS, KUNTZ, JJ., and CURLEY, JOSEPH, Associate Judge, concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***